IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BOBBIE JACKSON, IV,**

    *Petitioner*,

v.                                              Case No.: 3:25cv673-MW/MAF

**STATE OF FLORIDA,**

    *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The § 2254 petition, along with any pending motions, are **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for filing in Petitioner's case in that court, *Jackson v. Secretary, Department of Corrections*, 3:25cv-69-MMH-LLL. The Clerk shall take

all steps necessary to transfer this case and close the file.

**SO ORDERED on June 24, 2025.**

<u>s/Mark E. Walker</u>
**United States District Judge**
