UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOBBIE JACKSON, IV,

       Petitioner,

v.    Case No. 3:25-cv-709-MMH-LLL

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

       Respondent.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner, Bobbie Jackson, IV, an inmate of the Florida penal system, filed a pro se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Petition; Doc. 1) at the Eleventh Circuit Court of Appeals on May 12, 2025 (mailbox rule). On May 20, 2025, the Eleventh Circuit forwarded the filing to the United States District Court for the Northern District of Florida (Doc. 1-1). On June 24, 2025, the assigned judge in the Northern District transferred the case to the Middle District of Florida, Jacksonville Division. See Order (Doc. 7). In the Petition, Jackson challenges a 2018 state court (Duval County, Florida) judgment of conviction for armed burglary and armed trespassing. Petition at 42.

Jackson previously filed a federal habeas petition challenging the same conviction in the Middle District of Florida. See <u>Jackson v. Sec'y, Fla. Dep't of Corr.</u>, Case No. 3:25-cv-00069-MMH-LLL. That case remains pending. Therefore, this case will be dismissed without prejudice to Jackson's right to pursue all federal habeas remedies in Case No. 3:25-cv-69-MMH-LLL.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of July, 2025.

_____
MARCIA MORALES HOWARD
United States District Judge

caw 7/14
c:
Bobbie Jackson, IV, #J50037